IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Cr. No. 1-02-10011-T

GARY DEWAYNE ROSS,    21 U.S.C. § 841(a)(1)
    18 U.S.C. § 924(c)
    18 U.S.C. § 2

    Defendants.

## MOTION FOR WITHDRAWAL

COMES NOW, Danny R. Ellis, and moves this Honorable Court for an order allowing counsel to withdraw. As grounds, counsel would state as follows:

    Counsel was appointed to the Defendant's case to conduct sentencing hearing.

    During the course of counsel's investigation, it was discovered that a Jonathan McDougal was an informant against the Defendant.

    Counsel represented Mr. McDougal in a previous case.

    As such, counsel has an inherent conflict in representing Defendant.

WHEREFORE, the above premises considered, counsel would request an order allowing his withdrawal from this case.

Respectfully submitted,

Danny R. Ellis, BPR 020747
1289 N. Highland Ave.
P.O. Box 3146
Jackson, TN 38303-3146
731-988-9900

**MOTION GRANTED**
DATE: 13 September 2005

James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9/14/05

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has served a true copy of the foregoing Motion for Withdrawal on **Victor L. Ivy, Asst. U.S. Attorney, 3rd Floor Federal Bldg., 109 S. Highland Ave., Suite 300, Jackson, Tennessee 38301**, by mailing same, postage pre-paid, to respective office of said counsel.

This ___12th___ day of September, 2005.

_/s/ signature_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 124 in case 1:02-CR-10011 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

Victor Lee Ivy
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Danny R. Ellis
MUELLER & ELLIS, PLC
1289 N. Highland Ave.
P.O. Box 3512
Jackson, TN 38303--351

Honorable James Todd
US DISTRICT COURT